OCTOBER 21, 1996

No. D–1702. IN RE DISBARMENT OF SCOTT. Disbarment entered. [For earlier order herein, see 518 U. S. 1038.]

No. D–1705. IN RE DISBARMENT OF GRINES. Disbarment entered. [For earlier order herein, see 518 U. S. 1038.]

No. D–1710. IN RE DISBARMENT OF SANDVOSS. Disbarment entered. [For earlier order herein, see 518 U. S. 1044.]

No. D–1713. IN RE DISBARMENT OF SPANN. Disbarment entered. [For earlier order herein, see 518 U. S. 1044.]

No. D–1716. IN RE DISBARMENT OF GROSSMAN. Disbarment entered. [For earlier order herein, see 518 U. S. 1045.]

No. D–1717. IN RE DISBARMENT OF LEVIN. Disbarment entered. [For earlier order herein, see 518 U. S. 1045.]

No. D–1736. IN RE DISBARMENT OF DU BOIS. Elliott L. Du Bois, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1737. IN RE DISBARMENT OF GILL. LeRoi Lionel Gill, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–21. KENNEDY ET AL. v. GOLDIN, ADMINISTRATOR, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; and

No. M–22. OROZCO ET UX. v. COMMISSIONER OF INTERNAL REVENUE. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–23. DOE v. GRIEVANCE ADMINISTRATOR, MICHIGAN ATTORNEY GRIEVANCE COMMISSION. Motion for leave to file petition for writ of certiorari using a pseudonym denied.

No. 95–897. AUER ET AL. v. ROBBINS ET AL. C. A. 8th Cir. [Certiorari granted, 518 U. S. 1016.] Motion of National League of Cities et al. for leave to file a brief as amici curiae granted.